United States District Court
Southern District of Texas
**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-22-2559 |
| | § | |
| HCTEC PARTNERS, LLC, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on August 15, 2024, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on August 15, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge