# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HCTec PARTNERS, LLC** | § § § | |
| *Counter-Plaintiff,* | § | |
| **v.** | § § | **CIVIL ACTION NO. 4:22-cv-02559** |
| **KAREN GREEN,** | § § § | |
| *Counter-Defendant.* | § | |

## DECLARATION OF BERNARD RUSH

I, Bernard Rush, declare under penalty of perjury as follows:

1. My name is Bernard Rush. I am over the age of 21 and of sound mind and am in all ways competent to make this oath and Declaration. All of the matters stated in this Declaration are within my personal knowledge and are true and correct.

2. I am the Vice President of Application Support for HCTec Partners, LLC. At the time of Green's termination, my job title was Director of Application Support for HCTec Partners, LLC. I am a key fact witness in the above-referenced matter. I am making this Declaration in support of and to show good cause for the parties' proposed Joint Motion for Continuance.

3. I am scheduled to undergo abdominal surgery on September 25, 2024, and anticipate being out of the office for the remainder of that week.

4. The surgery requires multiple pre-operative and post-operative appointments, which will significantly limit my ability to travel to Texas for pre-trial and trial preparations, as I reside in Atlanta, Georgia.

5.      Due to the nature of the surgery, I will be unable to sit or stand for prolonged periods of time and have concerns about my ability to attend any lengthy meetings, hearings, or other court-related proceedings.

6.      The surgery will require at least a few weeks of convalescence. I am currently taking prescription medication and will continue to do so for an undetermined amount of time following the surgery.

7.      I am confident that, if the trial were to be rescheduled, I will be in better health in order to actively participate in the proceedings.

8.      By my signature below, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____, Georgia, on September __, 2024.

9/6/2024

_____
Bernard Rush

4890-8952-3169, v. 1