# Glenda Hassan

| | |
|---|---|
| **From:** | Elizabeth Fridman <elizabeth.fridman@coane.com> |
| **Sent:** | Thursday, February 20, 2025 12:19 PM |
| **To:** | Glenda Hassan |
| **Cc:** | bruce.coane@gmail.com; Jasmine Lewis; tonika.brown@jacksonlewis.com; Corpuz, Victor N. (Dallas) |
| **Subject:** | Green v HCTec 4:22-cv-02559 settlement |

**CAUTION - EXTERNAL:**

Good afternoon Ms. Hassan,

Ahead of the JPTO due date tomorrow, the parties have settled. Opposing counsel is cc'd here.

Elizabeth Fridman
Attorney
**Coane and Associates, PLLC**

| **Texas Office (Houston)** | **Florida Office (Hallandale Beach)** |
|---|---|
| 5177 Richmond Ave., Suite 770 | 1250 E. Hallandale Beach Blvd., Suite PH2 |
| Houston, Texas 77056 | Hallandale Beach, Florida 33009 |
| **(713) 850-0066** | **(305) 538-6800** |

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.